UNITED STATES DISTRICT COURT
<u>NORTHERN DISTRICT OF NEW YORK</u>

UNITED STATES OF AMERICA,

                v.                CASE NO.12-CR-579 (TJM)

GLENN R. UNGER,

                Defendant.

_____

### REQUEST FOR TRANSCRIPT

TO:    **Theresa Casal,**
          Court Reporter / Transcriber.

Notice is hereby given that an official transcript[1] of a proceeding has been requested of the Detention Hearing begun and held on January 2, 2013 before Hon. Randolph F. Treece in Albany, New York.

                S/_____
                AUSA Name: Ransom P. Reynolds
                NDNY Bar Roll # 512035
                U.S. Attorney's Office
                PO Box 7198, 100 S. Clinton Street
                Syracuse, New York 13261

                **Certificate of Service**

I hereby certify that on 1/3/13, I electronically filed the foregoing with the

---

[1] Upon the filing of the official transcript with the Clerk of Court in a civil or criminal proceeding by the court reporter, the parties will have five (5) business days to file a Notice of Intent to Request Redaction.

Clerk of Court using the CM/ECF system which will send notification to the following:

and that I mailed by United States Postal Service the document to the following non CM/ECF participants:_____.

                         S/_____
                           Paula D. Briggs