IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | **APPLICATION FOR AN** <br> **ORDER TO SHOW CAUSE** |
| v. | |
| **GLENN R. UNGER**, <br>         Defendant. | Criminal Action No. 12-CR-579 (TJM) |

**PLEASE TAKE NOTICE**, that upon the attached affidavit, memorandum of law, and papers filed herein, the government seeks (1) an Order to Show Cause, as to why the Magistrate's ECF text notice/release order should not be revoked, and (2) the detention of the defendant.

Dated: January 14, 2013

                                                    RICHARD S. HARTUNIAN
                                                   UNITED STATES ATTORNEY

                              By:             /s/
                                                   Ransom P. Reynolds
                                                   Assistant U.S. Attorney
                                                   Bar Roll No. 512035

cc:    Glenn R. Unger, Pro Se

      Joan B. Fahey
      United States Probation Office