# EXHIBIT B

## Reynolds, Ransom P. (USANYN)

| | |
|---|---|
| **From:** | ecf.notification@nynd.uscourts.gov |
| **Sent:** | Wednesday, January 09, 2013 3:57 PM |
| **To:** | NYND_ECFQC@nynd.uscourts.gov |
| **Subject:** | Activity in Case 1:12-cr-00579-TJM USA v. Unger Detention Hearing |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### Northern District of New York - Main Office (Syracuse) [LIVE - Version 5.0.3]

**Notice of Electronic Filing**

The following transaction was entered on 1/9/2013 at 3:56 PM EST and filed on 1/9/2013
**Case Name:**        USA v. Unger
**Case Number:**      1:12-cr-00579-TJM
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**Text Minute Entry for proceedings (2:05PM - 2:30PM) held before Magistrate Judge Randolph F. Treece: Detention Hearing as to Glenn R. Unger continued on 1/9/2013. Appearances: AUSA Robert Sharpe for Ransom Reynolds. Defendant appears without counsel. Defendant again states that he does not wish to retain or request counsel at this time. Government continues to seek detention. The Court orders Defendant to sign a bond in the amount of $50,000.00 to be secured by US property and a financially secure individual. The Court sets Conditions of Release. The Court questions Defendant as to the property that may be posted. The Court is requesting a certified copy of the deed, an appraisal and title seach of the property before it can be posted as bond. Defendant states that he would like to review the conditions and the appearance bond and does not want to sign them at this time. The Court grants Defendant's request to review both before signing. Defendant is remanded. (Court Reporter: Theresa Casal/CRD: Maria Blunt). (mab)**

**1:12-cr-00579-TJM-1 Notice has been electronically mailed to:**

Ransom P. Reynolds, III    ransom.p.reynolds@usdoj.gov, paula.briggs@usdoj.gov, rose.tivnan@usdoj.gov

**1:12-cr-00579-TJM-1 Notice has been delivered by other means to:**