UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA

       v.                                      Case No.: 1:12-CR-579

GLENN R. UNGER

             **Defendant**
_____

**RANDOLPH F. TREECE**
**U.S. MAGISTRATE JUDGE**

## ORDER APPOINTING THE OFFICE OF THE FEDERAL PUBLIC DEFENDER

Based upon the Defendant's notice to the Court of reconsideration of his 6th Amendment right to assistance of counsel in this matter;

It is hereby **ORDERED** that:

The Office of the Federal Public Defender for the Northern District of New York is assigned representation of the above-named Defendant and shall file a Notice of Appearance.

**DATED: January 15, 2013**
           **Albany, NY**

                                                  Randolph F. Treece
                                                  U.S. Magistrate Judge