For filing in 1:12-CR-579

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

MAY 22 2013

LAWRENCE K. BAERMAN, CLERK
ALBANY

NOTICE
SPECIAL APPEARANCE BY EXECUTOR
PER RULE 17 F.R.C.P.

TERMINATION OF CONTROVERSY AND JURISDICTION
TERMINATION OF EXECUTOR(S) DE SON TORT
APPOINTMENT OF TRUSTEE

PLEASE TAKE NOTICE, by special appearance

WHEREAS Case/Account No. 1:12-CR-579 wants for a U.S. person defendant (Depository: U.S.D.C.N.D.N.Y.) pursuant to 8 U.S.C. 1481 and oath of allegiance to a foreign state proved at the court of record (28 U.S.C. 132) as a judicial record, recorded with the clerk, Berkeley county, West Virginia, and filed sua sponte by JUDGE THOMAS McAVOY into said case

WHEREAS presumed Defendant GLENN R. UNGER (1:12-CR-579) is deceased, appearing as a Terminated Entity in the I.R.S. Individual Master File pursuant to legal dissolution and Form 56 filed per I.R.C. 6903 and with Clerk 44310

WHEREAS I.R.S. records identify the GLENN RICHARD UNGER ESTATE as sole fiduciary for the said Terminated Entity, and said records designate the ESTATE as foreign to the United States Federal corporation by EIN 98-1015310, and judicial records recorded at Newton county, Georgia, identify the Estate as holding a priority lien against the Terminated Entity

THEREFORE the United States at 28 U.S.C. 3002 wants for a U.S. person Defendant, controversy and in personam jurisdiction;

TERMINATION OF EXECUTORS DE SON TORT
APPOINTMENT OF TRUSTEE/PAYMENT OF TAX

NOTICE: The GLENN RICHARD UNGER ESTATE does hereby terminate any and all Executors de son tort, in particular the JUDGE THOMAS McAVOY trust. All further presumptions of Executorship are defeated.

NOTICE: JUDGE THOMAS McAVOY is hereby named, nominated, appointed and confirmed as Trustee for the purpose of paying all taxes pursuant to 26 U.S.C. Secs. 2603, 2611 and 2612 and fulfilling the trust(s)' directives as follows, with respect to U.S. Government Contract Trust No. 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 and the remainder thereof and subsidiary Trust 1:12-CR-579 held at Depository U.S.D.C.N.D.N.Y. Trustee shall remain in harmony with Trustee's obligations under the Public Trust duly Constituted and faithful to all Public Trust Directives, in particular 8 U.S.C. 1481, 18 U.S.C. 2071 et seq, and Title 26 U.S.C. Trustee shall protect all Trust(s) property against unjust enrichment and encroachment by unauthorized beneficiaries, always mindful that the Beneficiary as represented by the Executor is a member of the Posterity. Beneficiary does hereby extend his sovereign immunity to Trustee respecting all good faith actions undertaken by Trustee on behalf of the Trust(s). Trustee shall not violate Sec. 802 of the PATRIOT Act nor otherwise engage in Treason against the Posterity.

Page 1 of 2

PRESERVATION OF ESTATE
CLAIM OF SPECIAL DEPOSIT NUNC PRO TUNC

NOTICE: The Grantor of the Estate and all Trusts derived thereby does hereby claim special deposit for all Estate securities nunc pro tunc and all derivatives and leveraged issues, in particular respecting Securities Accounts Nos. 156-51-333765, 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 and 1:12-CR-579.

NOTICE: On or about December 30, 2012, the United States was denied access to U.S. Government Securities Account No. 156-51-333765 to fund/underwrite Securities Account No. 1:12-CR-579 and all securities issues there from. Said denial is verified in the official Depository records.

PURSUANT TO THE FOREGOING, Securities Account No. 1:12-CR-579 wants for funding, and all securities and derivatives thereof are NSF and unsecured nunc pro tunc. Trading thereof is prohibited. "Buyer Beware."

Please govern yourself accordingly.

GLENN RICHARD UNGER ESTATE
98-1015310

By: Glenn Richard Family Unger EX    May   , 2013
    GLENN RICHARD FAMILY UNGER EX
sole fiduciary for Terminated Entities:
U.S. Trust No. 156-51-333765
U.S. Trust No. 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

for Glenn R Unger, Grantor/Beneficiary/Depositor:
U.S. Trust No. 156-51-333765
U.S. Trust No. 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
U.S. Trust No. 1:12-CR-579

Solemnly affirmed and subscribed this 17th day of May, 2013. WITNESS my hand and seal.

By: _____
    Notary Public
seal:

MICHAEL R. BELLAMY
Notary Public New York State
Commission Expires 12-27-2013
Qualified Montgomery Cty #01BE6138641

GLENN RICHARD VASSAR ESTATE

ALBANY NY 120
21 MAY 2013 PM 2 L

Clerk of Court
UNITED STATES DISTRICT COURT
445 BROADWAY / U.S. Courthaus
Albany NY (R20?)

U.S. DISTRICT COURT
N.D. OF N.Y.
**RECEIVED**
MAY 2 2 2013
LAWRENCE K. BAERMAN, CLERK
ALBANY