**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**UNITED STATES OF AMERICA,**

  v.              1:12-cr-00579

**GLENN R. UNGER,**

    **Defendant.**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
**THOMAS J. McAVOY**
**Senior United States District Judge**

### ORDER

  In light of the nature of the offense conduct, Defendant's filings in this matter, and based upon his conduct and demeanor at the proceedings before the magistrate judge and this Court, the Court finds there is reasonable cause to order an examination and hearing to determine Defendant's competency. Accordingly, pursuant to 18 U.S.C. § 4241(b), Defendant is committed to the custody of the Attorney General for a reasonable time, not to exceed thirty (30) days, for placement in a suitable facility in order to conduct a psychiatric examination pursuant to 18 U.S.C. § 4247(b), and to provide a psychiatric report pursuant to 18 U.S.C. § 4247(c).

**IT IS SO ORDERED.**

**Dated:** May 23, 2013

Thomas J. McAvoy
Senior, U.S. District Judge