UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
NORTHERN DISTRICT OF NEW YORK
15 HENRY ST.
BINGHAMTON, NY 13901

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

Inmate Glenn Unger
Albany County Jail
840 Albany Shaker Rd.
Colonie, NY 12211

INMATE
REFUSED
S/t Kovacs

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
AUG 26 2013
AT_____ O'CLOCK
Lawrence K. Baerman, Clerk - Binghamton

831497.16

$0.460
US POSTAGE
FIRST-CLASS
062S0007836191
1390!



PRO SE

# U.S. District Court
## Northern District of New York - Main Office (Syracuse) [LIVE - Version 6.0] (Albany)
### CRIMINAL DOCKET FOR CASE #: 1:12-cr-00579-TJM All Defendants
### Internal Use Only

Case title: USA v. Unger

Date Filed: 12/19/2012

[ Email All Attorneys ]
[ Email All Attorneys and Additional Recipients ]

| Date Filed | # | Docket Text |
|---|---|---|
| 08/19/2013 | 36 | ORDER TO CONTINUE under Ends/Justice as to Glenn R. Unger excluding 90 days from date/order up to & including 11/16/13; and, resetting MOTION FILING DDL to 9/13/13 w/ motions t/b/m returnable at 10/15/13 Special Albany Motion Calendar; and, resetting JURY TRIAL for 10/16/2013 at 10:00 AM in ALBANY, NY bef Sr. District Judge Thomas J. McAvoy; Signed by Sr. District Judge Thomas J. McAvoy dtd 8/19/2013 (cml) [ CRD traditionally served regular mail upon non-NEF deft @ Albany County Jail ] (Entered: 08/19/2013) |
| 08/07/2013 | | Minute Entry: COMPETENCY HEARING as to Glenn R. Unger held 8/07/2013 bef Sr. District Judge Thomas J. McAvoy in Albany, NY: APP: AUSA Ransom Reynolds for Govt; Pro Se Deft Glenn Unger present w/ AFPD Gene Primomo o/b/o George Baird present; CR: B. Buckley; CRD/mp. Deft present in open court w/ standby trial counsel present. Court Exhibit #1 marked & rec'd into evidence. Court makes findings upon the record re: deft competent to stand trial. Govt presents to Deft Unger in open court another set of discovery materials which deft refused to accept while housed in local jail facility. Court directs Govt to print contents of CD (approx. another 1,000 pages of discovery). Govt agrees & will deliver same to Deft Unger; if deft refuses to accept such materials at the jail, then Govt to turn over to deft's standby trial counsel. Court makes inquiry of deft directly re: plans to file motions; after repeated attempts made by the Court, deft does not respond. Court states that if & when deft makes motions which are clear and understandable, Court will rule on them. JURY TRIAL t/b conducted during the week of 10/14/13 in Albany, NY (approx. 3-4 days anticipated by Govt; no estimate provided by deft). Upon conclusion of today's proceedings, deft left courtroom refusing to take discovery material; AFPD Primomo takes possession of box filled w/ discovery. Deft remanded to USM. (cml) [ 10:00a - 10:30a ] (Entered: 08/07/2013) |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**UNITED STATES OF AMERICA**

v.

**GLENN R. UNGER,**

                Defendant.

Criminal Action No.
12-CR-579 (TJM)

STIPULATION AND ORDER
FOR ENLARGEMENT OF TIME

U.S. DISTRICT COURT - N.D. OF N.Y.
**FILED**
AUG 1 9 2013
AT_____ O'CLOCK_____
Lawrence K. Baerman, Clerk - Bing.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## STIPULATION

It is hereby stipulated and agreed, by and between the defendant, GLENN R. UNGER (with George Baird as his stand-by counsel), and Richard S. Hartunian, United States Attorney for the Northern District of New York, by Ransom P. Reynolds, Assistant United States Attorney, that the time within which trial must commence under the provisions of Title 18, United States Code, Section 3161(c), be enlarged and extended by _90_ days from the date of the signing of this Order and that time be excluded, pursuant to Title 18, United States Code, Section 3161(h)(7)(A), from the computation of the time within which a trial must commence under the provisions of Title 18, United States Code, Section 3161(c), because the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

This speedy trial exclusion and continuance is warranted for the following reasons. The government has provided the pro se defendant with over 4,000 pages of discovery in this case. The defendant was recently sent away for a mental competency examination and on August 7, 2013 the

1

Court conducted a hearing regarding the competency exam. After the competency examination was completed in New York City, the defendant returned without his 4,000 pages of discovery. On August 7, 2013, the government provided the defendant with a second copy of the 4,000 pages of discovery. The additional time will allow the defendant to review the 4,000 pages of discovery and file any applicable pre-trial motions. Furthermore, on August 7, 2013, the government provided the defendant with notice that they intended to use expert testimony in their case-in-chief. The additional time will also allow the pro se defendant to review the expert's reports and prepare his defense for trial.

The undersigned attorney and the government attorney join in this speedy trial exclusion application and apply for and consent to the proposed order.

Dated: August 8, 2013

                    RICHARD S. HARTUNIAN
                    United States Attorney

                    /s_____
By:   Ransom P. Reynolds
       Assistant U.S. Attorney
       Bar Roll No.: 512035

2

## STIPULATION

The defendant hereby stipulates and agrees to this _____ day speedy trial exclusion pursuant to Title 18 U.S.C. § 3161.

_____
GLENN R. UNGER, Pro Se

## ORDER

3

Based on the foregoing stipulation, facts, and the following findings, it is hereby ORDERED that the time within which a trial must commence under the provisions of Title 18, United States Code, Section 3161(c), be enlarged and extended by 90 days from the date of the signing of this Order and that time be excluded, pursuant to Title 18, United States Code, Section 3161(h)(7)(A), from the computation of the time within which a trial must commence under the provisions of Title 18, United States Code, Section 3161(c), because the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial for the reasons articulated and stipulated above in the stipulation.

SO ORDERED:

Dated: August 19, 2013

*Thomas J. McAvoy*
Thomas J. McAvoy
Senior Judge, United States District Court
N.D.N.Y.

A. Defense Motions shall be filed on: 9/13/13

B. The government's response papers shall be filed per local rules

C. The motions are returnable on 10/15/13, at the Federal Courthouse in ~~Binghamton~~ Albany, New York at 10:00 A.M.

D. The trial is scheduled for and shall commence on 10/16/13, at the Federal Courthouse in ~~Binghamton~~ Albany, New York at 10:00 A.M.

4