IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

UNITED STATES OF AMERICA

                                     Criminal Action No.   1:12-CR-579 (TJM)

    v.

GLENN R. UNGER,

        Defendant.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

JURY VERDICT FORM

COUNT 1 (Obstructing and Impeding the IRS)

On Count 1, we the jury unanimously find:

| Defendant | Guilty | Not Guilty |
|---|---|---|
| Glenn R. Unger | | |

COUNT 2 (False Claim for Refund)

On Count 2, we the jury unanimously find:

| Defendant | Guilty | Not Guilty |
|---|---|---|
| Glenn R. Unger | | |

COUNT 3 (False Claim for Refund)

On Count 3, we the jury unanimously find:

| Defendant | Guilty | Not Guilty |
|---|---|---|
| Glenn R. Unger | | |

### COUNT 4 (False Claim for Refund)

On Count 4, we the jury unanimously find:

| Defendant | Guilty | Not Guilty |
|---|---|---|
| Glenn R. Unger | | |

### COUNT 5 (False Claim for Refund)

On Count 5, we the jury unanimously find:

| Defendant | Guilty | Not Guilty |
|---|---|---|
| Glenn R. Unger | | |

### COUNT 6 (Tax Evasion)

On Count 6, we the jury unanimously find:

| Defendant | Guilty | Not Guilty |
|---|---|---|
| Glenn R. Unger | | |

### COUNT 7 (Fictitious Obligations)

On Count 7, we the jury unanimously find:

| Defendant | Guilty | Not Guilty |
|---|---|---|
| Glenn R. Unger | | |

On the Counts indicated above, we the jury unanimously find:

_____      _____
                                                                    Foreperson


_____      _____


_____      _____


_____      _____


_____      _____