**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**UNITED STATES OF AMERICA,**

   v.                                                                                  1:12-CR-579

**GLENN R. UNGER,**

      **Defendant.**
_____

### ORDER

The Clerk's Office shall preserve a copy of the video tape recording of the court proceedings of October 16, 2013 in the above referenced matter which depicts the Defendant's conduct immediately before he left the courtroom during the trial. The video tape shall be appended to the record.

**IT IS SO ORDERED**.

Dated: October 21, 2013

*/s/ Thomas J. McAvoy*
Thomas J. McAvoy
Senior, U.S. District Judge