IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff | ) | CASE NO. 12-CR-579 |
| v. | ) | |
| | ) | |
| | ) | |
| GLENN UNGER | ) | |
| Defendant(s) | ) | |

## REQUEST FOR TRANSCRIPT

TO: Theresa Casal                            Court Reporter/Transcriber.

Notice is hereby given that an official transcript' of a proceeding has been requested of the following portion(s) of the proceedings:

Jury Selection on 10-16-13 before Judge McAvoy

The party requesting the transcript must also provide the Court Reporter/Transcriber with a FORM AO 435 Transcript Order'. This form is available on the Court's website at www.nvnd.uscourts.gov.

Please note that if the Transcript request is for an appeal, the requestor must also file the appropriate transcript appeal forms that are available on the 2d Circuit Webpage at http://www.ca2.sucourts.gov/.

S/George Baird
Attorney for Defendant
NDNY Bar Roll 4 506247
Address: 39 N. Pearl Street
         Albany, NY  12207

---

[1] Upon the filing of the official transcript with the Clerk of Court in a civil or criminal proceeding by the court reporter, the parties will have five (5) business days to file a Notice of Intent to Request Redaction. For additional information on the Court's Policy concerning redaction of transcripts please visit the Court website at www.nynd.uscourts.gov.

[2] For Criminal transcript requests by a CJA Panel Member please request from the Clerk's Office a CJA-24 Transcript Voucher form and have it approved by the presiding judge prior to filing this form.

<u>Certificate of Service</u>

     I hereby certify that on _____ I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to the following:

_____, and that I mailed by United States Postal Service the document to the following non CM/ECF participants:_____

S/_____