Thursday, October 17, 2013 - Albany, NY
Hon. Thomas J. McAvoy, Presiding
Clerk:      M. Price
Steno:      T. Casal


UNITED STATES OF AMERICA

    VS.                                              CRIMINAL NO.   1: 12-CR-579

GLENN R. UNGER


APPEARANCES:    AUSA Ransom Reynolds w/ DOJ Atty Jeffrey Bender for Govt;   Pro se Deft Glenn Unger w/ Standby Trial Counsel AFPD George Baird present


10:00 AM    In court; jury present.  Witness Shauna Henline's testimony continued.

10:20 AM    Jury stands aside.  Defendant is admonished by the Court and defendant advises the Court he no longer intends to comply with the Court's orders and wishes to be removed from the courtroom.  Court directs Marshal to remove defendant to a cell where he will be able to watch and listen to the proceedings by video feed.  AFPD Baird takes over as defense counsel.

10:30 AM    Jury re-enters.  Witness Henline's testimony continued.

<u>Witness for Government</u>
Paul Crowley

11:30 AM    Short break.

11:40 AM    In court; jury present.  Witness Crowley's testimony continued.

<u>Witness for Government</u>
Eric P. Schott
Roger Edward George
John Francioso
Anthony Ciani

12:30 PM    Recess to 1:30 PM

USA vs. Glenn Unger, 1:12-CR-579
10/17/13 - Albany, NY
Page 2   Trial Minutes

| | |
|---|---|
| 1:30 PM | In court; jury present. |

Witness for Government
Patrick Starbird
Susan E. St. Pierre
Jessica Holmes
Jason W. Coffin
Holly Nicholson
Diana Garland
Hugh Burke

| | |
|---|---|
| 3:17 PM | Short break. |
| 3:48 PM | In court; jury present.  Witness Holly Nicholson is recalled for additional cross examination. |

Witness for Government
Shelley Aubrey

| | |
|---|---|
| 4:10 PM | Short break. |
| 4:21 PM | In court; jury present. |

Witness for Government
Timothy M. Dwyer

| | |
|---|---|
| 4:38 PM | Court stands in recess until 10:00 AM on October 18, 2013. |