**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA,**

v.                                                                1:12-CR-579

**GLENN R. UNGER,**

            **Defendant.**

---

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
OCT 21 2013
AT_____ O'CLOCK_____
Lawrence K. Baerman, Clerk - Bing.

### VERDICT FORM

**PLEASE NOTE** - Each Juror will be provided with a Verdict Form. HOWEVER, YOUR VERDICT SHOULD BE REPORTED TO THE JUDGE ON <u>ONLY ONE</u> VERDICT FORM WHICH IS SIGNED BY THE JURY FOREPERSON. The remaining Verdict Forms should be returned to the courtroom deputy unsigned.

**All questions must be answered unanimously**.

There should be a total of eight (8) pages in this Verdict Form, including this page.

As to the charge:

### Count 1

*Beginning in at least 2007 and continuing through 2011, in Saratoga County, in the Northern District of New York and elsewhere, defendant GLENN R. UNGER corruptly obstructed and impeded and endeavored to obstruct and impede the due administration of federal internal revenue laws contained in Title 26 of the United States Code by, among other things, [committing the 15 acts identified in Count 1 of the Indictment], in violation of Title 26, United States Code, Section 7212(a).*

we, the jury, unanimously find as follows:

```
_____        ___X___
 Not Guilty         Guilty
```

As to the charge,

## COUNT 2

*On or about December 28, 2007, in the Northern District of New York, defendant GLENN R. UNGER knowingly made and presented to the Internal Revenue Service, an agency of the United States Department of the Treasury, a claim against the United States for payment of a refund of taxes in the amount of $238,406.47, which he then and there knew to be false, fictitious, and fraudulent, by preparing and causing to be prepared and mailing and causing to be mailed to the Internal Revenue Service a United States Individual Income Tax Return, Form 1040, for tax year 2004, in violation of Title 18, United States Code, Section 287,*

we, the jury, unanimously find as follows:

|  _____  |  ____X____  |
| Not Guilty | Guilty |

As to the charge,

## COUNT 3

*On or about December 31, 2007, in the Northern District of New York, defendant GLENN R. UNGER knowingly made and presented to the Internal Revenue Service, an agency of the United States Department of the Treasury, a claim against the United States for payment of a refund of taxes in the amount of $200,000.00, which he then and there knew to be false, fictitious, and fraudulent, by preparing and causing to be prepared and mailing and causing to be mailed to the Internal Revenue Service a United States Nonresident Alien Income Tax Return, Form 1040NR, for tax year 2007, in violation of Title 18, United States Code, Section 287,*

we, the jury, unanimously find as follows:

_____        ___X___
Not Guilty         Guilty

As to the charge,

## COUNT 4

*On or about January 7, 2008, in the Northern District of New York, defendant GLENN R. UNGER knowingly made and presented to the Internal Revenue Service, an agency of the United States Department of the Treasury, a claim against the United States for payment of a refund of taxes in the amount of $2,729.58, which he then and there knew to be false, fictitious, and fraudulent, by preparing and causing to be prepared and mailing and causing to be mailed to the Internal Revenue Service a United States Individual Income Tax Return, Form 1040, for tax year 2006, in violation of Title 18, United States Code, Section 287,*

we, the jury, unanimously find as follows:

| _____ | __X__ |
|---|---|
| Not Guilty | Guilty |

As to the charge,

## COUNT 5

*On or about July 8, 2008, in the Northern District of New York, defendant GLENN R. UNGER knowingly made and presented to the Internal Revenue Service, an agency of the United States Department of the Treasury, a claim against the United States for payment of a refund of taxes in the amount of $285,973.90, which he then and there knew to be false, fictitious, and fraudulent, by preparing and causing to be prepared and mailing and causing to be mailed to the Internal Revenue Service a United States Individual Income Tax Return, Form 1040, for tax year 2008, in violation of Title 18, United States Code, Section 287,*

we, the jury, unanimously find as follows:

```
  _____        ___X_____
   Not Guilty          Guilty
```

As to the charge,

## COUNT 6

*On or about June 17, 2011, in Saratoga County, in the Northern District of New York, defendant GLENN R. UNGER did willfully attempt to evade income tax and penalties due and owing by him to the United States for the calendar years 2004 through 2008 by submitting for filing with the Saratoga County, New York, Clerk's Office false documentation, that being a "Presentment by Notary Public of Certificate for Filing," to release a federal tax lien filed on August 4, 2009, by the Internal Revenue Service against the defendant regarding his individual tax liabilities for tax years 2005 and 2006, and his frivolous filing penalties for calendar years 2004 through 2008, in the amount of $116,410.43, in violation of Title 26, United States Code, Section 7201,*

we, the jury, unanimously find as follows:

_____     \_\_\_X_____
Not Guilty         Guilty

As to the charge,

### COUNT 7

*On or about January 18, 2008, defendant GLENN R. UNGER, with the intent to defraud, did knowingly pass, utter, present, and cause to be passed, uttered, and presented, and with fraudulent intent possessed a false and fictitious instrument, document, and other item, namely an instrument titled "Secured Promissory Note" in the amount of $200,000.00 appearing, representing, purporting and contriving, through scheme and artifice, to be an actual security and other financial instrument issued under the authority of the United States, in violation of Title 18, United States Code, Section 514(a)(2),*

we, the jury, unanimously find as follows:

|  _____  |  ___X___  |
| Not Guilty | Guilty |

**YOUR DELIBERATIONS ARE COMPLETE.**

**REPORT YOUR VERDICT TO THE MARSHAL.  PLEASE REMEMBER TO DATE AND SIGN YOUR VERDICT SHEET.  THANK YOU.**

Dated: Oct 21, 2013

\*\* REDACTED NAME \*\*

_____
Foreperson