UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

CASE NO.:      12-CR-579    U.S. v. Unger

DATE: _____

PRESIDING JUDGE:       McAvoy

( ) GOVERNMENT       ( x ) DEFENDANT       ( ) COURT

| DATE: | | | | | |
|---|---|---|---|---|---|
| **EXHIBIT NO.** | **MARKED FOR IDENTIFICATION** | **ADMITTED INTO EVIDENCE** | **REMARKS** | **WITNESS** | **EXHIBIT DESCRIPTION** |
| 1 | 10/17 | | | | |
| 2 | 10/17 | | | | |
| 3 | 10/17 | 10/17 | ltd purpose; not for truth | | |
| 4 | 10/17 | | | | |
| 5 | 10/17 | 10/17 | ltd purpose; not for truth | | |
| 6 | 10/17 | 1-/17 | ltd purpose; not for truth | | |
| | | | | | |

DATE EXHIBITS RETURNED: _____    SIGNATURE OF ATTORNEY: _____