401133          2014 Jan 09 PM06:51

## UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
Michael Norley, TTEE

**B. SEND ACKNOWLEDGMENT TO:** (Name and Address)

DIAMOND SETTLEMENT TRUST

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE #** 201307230417092 Filedate: 23-JUL-13

**1b.** ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

**3.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4.** ☒ **ASSIGNMENT (full or partial):** Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

**5. AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.
☐ DELETE name: Give record name to be deleted in item 6a or 6b.
☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

**6. CURRENT RECORD INFORMATION:**

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

**7. CHANGED (NEW) OR ADDED INFORMATION:**

| 7a. ORGANIZATION'S NAME Internal Revenue Service, c/o Renee Mitchell | | | |
|---|---|---|---|
| OR 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 7c. MAILING ADDRESS PO BOX 192 | CITY COVINGTON | STATE KY | POSTAL CODE 41012-0192 | COUNTRY USA |
|---|---|---|---|---|

| ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION TRUST | 7f. JURISDICTION OF ORGANIZATION DISTRICT OF COLUMBIA | 7g. |
|---|---|---|---|

**8. AMENDMENT (COLLATERAL CHANGE):** check only one box.

Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☒ assigned.
[NOTICE OF ASSIGNMENT]
(a) Performance Bond, Document No. 20130910-SF-2M, Penal Sum Amount $2,000,000.00
(b) Affidavit of Individual Surety [for assets pledged as collateral to secure bond], Document No. 20130910-SF28-2M
(c) Payment Bond, Document No. 20131104-SF25A-2M-1, Penal Sum Amount $2,000,000.00
(d) Payment Bond, Document No. 20131104-SF25A-2M-2, Penal Sum Amount $2,000,000.00
(e) Payment Bond, Document No. 20131104-SF25A-2M-3, Penal Sum Amount $2,000,000.00
(f) Affidavit of Individual Surety [for assets pledged as collateral to secure bond], Document No. 20131104-SF28-2M-1
(g) Affidavit of Individual Surety [for assets pledged as collateral to secure bond], Document No. 20131104-SF28-2M-2
(h) Affidavit of Individual Surety [for assets pledged as collateral to secure bond], Document No. 20131104-SF28-2M-3
Assignment is for collection of outstanding receivables, a Federal withholding tax which remains unpaid.
Bonds issued to secure the Contract, indemnify all parties pursuant to breach of Contract No. 1:12-CR-00579-TJM due to failure to perform disposition (i.e., failure to release lien(s), release collateral, return value or consideration, or return collateral). This Financing Statement is effective 12/10/2012 continuing until a termination is filed.

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

| 9a. ORGANIZATION'S NAME  DIAMOND SETTLEMENT TRUST | | | |
|---|---|---|---|
| OR 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

**10. OPTIONAL FILER REFERENCE DATA** [SECURITIES UNDER RULE 65.1. RECORDING AS NOTICE OF ASSIGNMENT] /S/ BY MICHAEL NORLEY, TTEE

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)

**Filing Number-201401098011684**

☐ VOID   ☐ CORRECTED

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | 1 Original issue discount for 2012 | OMB No. 1545-0117 | |
|---|---|---|---|
| CLERK OF COURT LAWRENCE K. BAERMAN<br>c/o 445 Broadway  Room 509<br>Albany New York 12207 | $ 2,000,000 | **2012**<br>Form **1099-OID** | **Original Issue Discount** |
| | 2 Other periodic interest<br>$ 0 | | |

| PAYER'S federal identification number | RECIPIENT'S identification number | 3 Early withdrawal penalty | 4 Federal income tax withheld | |
|---|---|---|---|---|
| 16-6204565 | 46-6823539 | $ 0 | $ 2,000,000 | **Copy C** |

| RECIPIENT'S name | 5 Description | **For Payer** |
|---|---|---|
| Administrator Michael Norley, TTEE<br>for DIAMOND SETTLEMENT TRUST | Discount on Performance Bond No. 20130910-SP2S-2M | For Privacy Act and Paperwork Reduction Act Notice, see the 2012 General Instructions for Certain Information Returns. |
| Street address (including apt. no.)<br>c/o PO Box 1774   USA | 6 Original issue discount on U.S. Treasury obligations<br>$ 0 | |
| City, state, and ZIP code<br>West Chester Pennsylvania 19380 | 7 Investment expenses<br>$ 0 | |

| Account number (see instructions)<br>1:12-cr-00579-TJM | 2nd TIN not. ☐ | 8 State | 9 State identification no. | 10 State tax withheld<br>$ |
|---|---|---|---|---|

Form **1099-OID**

Department of the Treasury - Internal Revenue Service

---

☐ VOID   ☐ CORRECTED

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | 1 Original issue discount for 2012 | OMB No. 1545-0117 | |
|---|---|---|---|
| CLERK OF COURT LAWRENCE K. BAERMAN<br>c/o 445 Broadway  Room 509<br>Albany New York 12207 | $ 2,000,000 | **2012**<br>Form **1099-OID** | **Original Issue Discount** |
| | 2 Other periodic interest<br>$ 0 | | |

| PAYER'S federal identification number | RECIPIENT'S identification number | 3 Early withdrawal penalty | 4 Federal income tax withheld | |
|---|---|---|---|---|
| 16-6204565 | 46-6823539 | $ 0 | $ 2,000,000 | **Copy C** |

| RECIPIENT'S name | 5 Description | **For Payer** |
|---|---|---|
| Administrator Michael Norley, TTEE<br>for DIAMOND SETTLEMENT TRUST | Discount on Payment Bond No. 20131104-SP2SA-2M-3 | For Privacy Act and Paperwork Reduction Act Notice, see the 2012 General Instructions for Certain Information Returns. |
| Street address (including apt. no.)<br>c/o PO Box 1774   USA | 6 Original issue discount on U.S. Treasury obligations<br>$ 0 | |
| City, state, and ZIP code<br>West Chester Pennsylvania 19380 | 7 Investment expenses<br>$ 0 | |

| Account number (see instructions)<br>1:12-cr-00579-TJM | 2nd TIN not. ☐ | 8 State | 9 State identification no. | 10 State tax withheld<br>$ |
|---|---|---|---|---|

Form **1099-OID**

Department of the Treasury - Internal Revenue Service

☐ CORRECTED (if checked)

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | | 1a Date of sale or exchange 20121219 | OMB No. 1545-0715 | **Proceeds From Broker and Barter Exchange Transactions** |
|---|---|---|---|---|
| Administrator Michael Norley, TTEE<br>DIAMOND SETTLEMENT TRUST<br>c/o PO Box 1774<br>West Chester Pennsylvania 19380<br>uSA | | 1b Date of acquisition 20121219 | **2012** | |
| | | 1c Type of gain or loss<br>Short-term ☒<br>Long-term ☐ | Form **1099-B** | |
| | | | 1d Stock or other symbol | 1e Quantity sold<br>1 |
| PAYER'S federal identification number | RECIPIENT'S identification number | 2a Stocks, bonds, etc.<br>$ 2,000,000 | Reported ☒ Sales price<br>to IRS ☐ Sales price less commissions and option premiums | 2b If box checked, loss based on amount in 2a is not allowed ☐ |
| 46-6823539 | 16-6204565 | 3 Cost or other basis<br>$ | 4 Federal income tax withheld<br>$ 0 | **Copy B For Recipient** |
| RECIPIENT'S name<br>CLERK OF COURT LAWRENCE K. BAERMAN | | 5 Wash sale loss disallowed<br>$ 0 | 6 Checked if: | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| Street address (including apt. no.)<br>445 Broadway Room 509 | | 7 Bartering<br>$ 0 | a ☒ Noncovered security<br>b ☐ Basis reported to IRS | |
| City, state, and ZIP code<br>Albany New York 12207 | | 8 Description<br>Item No. 20130910-SF25-2M in exchange for title. | | |
| Account number (see instructions)<br>1:12-cr-00579-TJM | 2nd TIN not. ☐ | 9 Profit or (loss) realized in 2012 on closed contracts<br>$ (2,000,000) | 10 Unrealized profit or (loss) on open contracts—12/31/2011<br>$ 0 | 13 State |
| CUSIP number | | 11 Unrealized profit or (loss) on open contracts—12/31/2012<br>$ 0 | 12 Aggregate profit or (loss) on contracts<br>$ (2,000,000) | 14 State identification no.<br>15 State tax withheld<br>$ |

Form **1099-B**                    (keep for your records)                    Department of the Treasury - Internal Revenue Service

---

☐ CORRECTED (if checked)

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | | 1a Date of sale or exchange 20121219 | OMB No. 1545-0715 | **Proceeds From Broker and Barter Exchange Transactions** |
|---|---|---|---|---|
| Administrator Michael Norley, TTEE<br>DIAMOND SETTLEMENT TRUST<br>c/o PO Box 1774<br>West CHester Pennsylvania 19380<br>uSA | | 1b Date of acquisition 20121219 | **2012** | |
| | | 1c Type of gain or loss<br>Short-term ☒<br>Long-term ☐ | Form **1099-B** | |
| | | | 1d Stock or other symbol | 1e Quantity sold<br>1 |
| PAYER'S federal identification number | RECIPIENT'S identification number | 2a Stocks, bonds, etc.<br>$ 2,000,000 | Reported ☒ Sales price<br>to IRS ☐ Sales price less commissions and option premiums | 2b If box checked, loss based on amount in 2a is not allowed ☐ |
| 46-6823539 | 16-6204565 | 3 Cost or other basis<br>$ | 4 Federal income tax withheld<br>$ 0 | **Copy B For Recipient** |
| RECIPIENT'S name<br>CLERK OF COURT LAWRENCE K. BAERMAN | | 5 Wash sale loss disallowed<br>$ 0 | 6 Checked if: | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| Street address (including apt. no.)<br>445 Broadway Room 509 | | 7 Bartering<br>$ 0 | a ☒ Noncovered security<br>b ☐ Basis reported to IRS | |
| City, state, and ZIP code<br>Albany New York 12207 | | 8 Description<br>Item #20131104-SF25A-2M-1 in exchange for title. | | |
| Account number (see instructions)<br>1:12-cr-00579-TJM | 2nd TIN not. ☐ | 9 Profit or (loss) realized in 2012 on closed contracts<br>$ (2,000,000) | 10 Unrealized profit or (loss) on open contracts—12/31/2011<br>$ 0 | 13 State |
| CUSIP number | | 11 Unrealized profit or (loss) on open contracts—12/31/2012<br>$ 0 | 12 Aggregate profit or (loss) on contracts<br>$ (2,000,000) | 14 State identification no.<br>15 State tax withheld<br>$ |

Form **1099-B**                    (keep for your records)                    Department of the Treasury - Internal Revenue Service

## Form 1099-B (2012) — Proceeds From Broker and Barter Exchange Transactions

**PAYER'S name, street address, city, state, ZIP code, and telephone no.**
Administrator Michael Norley, TTEE
DIAMOND SETTLEMENT TRUST
c/o PO Box 1774
West Chester Pennsylvania 19380
USA

**PAYER'S federal identification number:** 46-6823539
**RECIPIENT'S identification number:** 16-6204565

**RECIPIENT'S name:** CLERK OF COURT LAWRENCE K. BAERMAN
**Street address:** 445 Broadway Room 509
**City, state, and ZIP code:** Albany New York 12207
**Account number:** 1:12-cr-00579-TJM

| Box | Field | Value |
|---|---|---|
| 1a | Date of sale or exchange | 20121219 |
| 1b | Date of acquisition | 20121219 |
| 1c | Type of gain or loss | Short-term [X] |
| 1d | Stock or other symbol | |
| 1e | Quantity sold | 1 |
| 2a | Stocks, bonds, etc. — Sales price [X] Reported to IRS | $2,000,000 |
| 2b | Loss based on amount in 2a not allowed | |
| 3 | Cost or other basis | $ |
| 4 | Federal income tax withheld | $0 |
| 5 | Wash sale loss disallowed | $0 |
| 6 | Checked if: a [X] Noncovered security; b [ ] Basis reported to IRS | |
| 7 | Bartering | $0 |
| 8 | Description | Item #20131104-SF25A-2M-2 in exchange for title. |
| 9 | Profit or (loss) realized in 2012 on closed contracts | $(2,000,000) |
| 10 | Unrealized profit or (loss) on open contracts—12/31/2011 | $0 |
| 11 | Unrealized profit or (loss) on open contracts—12/31/2012 | $0 |
| 12 | Aggregate profit or (loss) on contracts | $(2,000,000) |
| 13 | State | |
| 14 | State identification no. | |
| 15 | State tax withheld | $ |

Copy B — For Recipient
(keep for your records)
Department of the Treasury - Internal Revenue Service

---

## Form 1099-B (2012) — Proceeds From Broker and Barter Exchange Transactions (second copy)

CORRECTED (if checked) [ ]

**PAYER'S name, street address, city, state, ZIP code, and telephone no.**
Administrator Michael Norley, TTEE
DIAMOND SETTLEMENT TRUST
c/o PO Box 1774
West Chester Pennsylvania 19380
USA

**PAYER'S federal identification number:** 46-6823539
**RECIPIENT'S identification number:** 16-6204565

**RECIPIENT'S name:** CLERK OF COURT LAWRENCE K. BAERMAN
**Street address:** 445 Broadway Room 509
**City, state, and ZIP code:** Albany New York 12207
**Account number:** 1:12-cr-00579-TJM

| Box | Field | Value |
|---|---|---|
| 1a | Date of sale or exchange | 20121219 |
| 1b | Date of acquisition | 20121219 |
| 1c | Type of gain or loss | Short-term [X] |
| 1d | Stock or other symbol | |
| 1e | Quantity sold | 1 |
| 2a | Stocks, bonds, etc. — Sales price [X] Reported to IRS | $2,000,000 |
| 2b | Loss based on amount in 2a not allowed | |
| 3 | Cost or other basis | $ |
| 4 | Federal income tax withheld | $0 |
| 5 | Wash sale loss disallowed | $0 |
| 6 | Checked if: a [X] Noncovered security; b [ ] Basis reported to IRS | |
| 7 | Bartering | $0 |
| 8 | Description | Item #20131104-SF25A-2M-3 in exchange for title. |
| 9 | Profit or (loss) realized in 2012 on closed contracts | $(2,000,000) |
| 10 | Unrealized profit or (loss) on open contracts—12/31/2011 | $0 |
| 11 | Unrealized profit or (loss) on open contracts—12/31/2012 | $0 |
| 12 | Aggregate profit or (loss) on contracts | $(2,000,000) |
| 13 | State | |
| 14 | State identification no. | |
| 15 | State tax withheld | $ |

Copy B — For Recipient
(keep for your records)
Department of the Treasury - Internal Revenue Service

☐ CORRECTED (if checked)

| LENDER'S name, street address, city, state, ZIP code, and telephone no.<br>Administrator Michael Norley, TTEE<br>DIAMOND SETTLEMENT TRUST<br>c/o PO Box 1774<br>West Chester Pennsylvania 19380<br>uSA | | OMB No. 1545-0877<br>**2012**<br>Form **1099-A** | **Acquisition or Abandonment of Secured Property** |
|---|---|---|---|
| LENDER'S federal identification number<br>46-6823539 | BORROWER'S identification number<br>16-6204565 | 1 Date of lender's acquisition or knowledge of abandonment<br>20121219 | 2 Balance of principal outstanding<br>$ 2,000,000 | **Copy B For Borrower** |
| BORROWER'S name<br>CLERK OF COURT LAWRENCE K. BAERMAN | | 3 | 4 Fair market value of property<br>$ 2,000,000 | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if taxable income results from this transaction and the IRS determines that it has not been reported. |
| Street address (including apt. no.)<br>c/o 445 Broadway Room 509 | | 5 If checked, the borrower was personally liable for repayment of the debt ▶ [X] | |
| City, state, and ZIP code<br>Albany New York 12207 | | 6 Description of property<br>Capital asset deposited,<br>Performance Bond No.<br>20130910-SF25-2M | |
| Account number (see instructions)<br>1:12-cr-00579-TJM | | | |

Form **1099-A**        (keep for your records)        Department of the Treasury - Internal Revenue Service

---

☐ CORRECTED (if checked)

| LENDER'S name, street address, city, state, ZIP code, and telephone no.<br>Administrator Michael Norley, TTEE<br>DIAMOND SETTLEMENT TRUST<br>c/o PO Box 1774<br>West Chester Pennsylvania 19380<br>uSA | | OMB No. 1545-0877<br>**2012**<br>Form **1099-A** | **Acquisition or Abandonment of Secured Property** |
|---|---|---|---|
| LENDER'S federal identification number<br>46-6823539 | BORROWER'S identification number<br>16-6204565 | 1 Date of lender's acquisition or knowledge of abandonment<br>20121219 | 2 Balance of principal outstanding<br>$ 2,000,000 | **Copy B For Borrower** |
| BORROWER'S name<br>CLERK OF COURT LAWRENCE K. BAERMAN | | 3 | 4 Fair market value of property<br>$ 2,000,000 | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if taxable income results from this transaction and the IRS determines that it has not been reported. |
| Street address (including apt. no.)<br>c/o 445 Broadway Room 509 | | 5 If checked, the borrower was personally liable for repayment of the debt ▶ [X] | |
| City, state, and ZIP code<br>Albany New York 12207 | | 6 Description of property<br>Capital asset deposited<br>Payment Bond No.<br>20131104-SF25A-2M-1 | |
| Account number (see instructions)<br>1:12-cr-00579-TJM | | | |

Form **1099-A**        (keep for your records)        Department of the Treasury - Internal Revenue Service

---

☐ CORRECTED (if checked)

| LENDER'S name, street address, city, state, ZIP code, and telephone no.<br>Administrator Michael Norley, TTEE<br>DIAMOND SETTLEMENT TRUST<br>c/o PO Box 1774<br>West Chester Pennsylvania 19380<br>uSA | | OMB No. 1545-0877<br>**2012**<br>Form **1099-A** | **Acquisition or Abandonment of Secured Property** |
|---|---|---|---|
| LENDER'S federal identification number<br>46-6823539 | BORROWER'S identification number<br>16-6204565 | 1 Date of lender's acquisition or knowledge of abandonment<br>20121219 | 2 Balance of principal outstanding<br>$ 2,000,000 | **Copy B For Borrower** |
| BORROWER'S name<br>CLERK OF COURT LAWRENCE K. BAERMAN | | 3 | 4 Fair market value of property<br>$ 2,000,000 | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if taxable income results from this transaction and the IRS determines that it has not been reported. |
| Street address (including apt. no.)<br>c/o 445 Broadway Room 509 | | 5 If checked, the borrower was personally liable for repayment of the debt ▶ [X] | |
| City, state, and ZIP code<br>Albany New York 12207 | | 6 Description of property<br>Capital asset deposited,<br>Payment Bond No.<br>20131104-SF25A-2M-2 | |
| Account number (see instructions)<br>1:12-cr-00579-TJM | | | |

☐ VOID  ☐ CORRECTED

| PAYER'S name, street address, city, state, ZIP code, and telephone no.<br>CLERK OF COURT LAWRENCE K. BAERMAN<br>c/o 445 Broadway  Room 509<br>Albany New York 12207 | 1 Original issue discount for 2012<br>$ 2,000,000<br>2 Other periodic interest<br>$ 0 | OMB No. 1545-0117<br>2012<br>Form 1099-OID | Original Issue Discount |
|---|---|---|---|
| PAYER'S federal identification number<br>16-6204565 | RECIPIENT'S identification number<br>46-6823539 | 3 Early withdrawal penalty<br>$ 0 | 4 Federal income tax withheld<br>$ 2,000,000 | Copy C |
| RECIPIENT'S name<br>Administrator Michael Norley, TTEE<br>for DIAMOND SETTLEMENT TRUST | | 5 Description<br>Discount on Payment Bond<br>No. 20131104-SF25A-2M-1 | For Payer<br>For Privacy Act and Paperwork Reduction Act Notice, see the 2012 General Instructions for Certain Information Returns. |
| Street address (including apt. no.)<br>c/o PO Box 1774   uSA | | 6 Original issue discount on U.S. Treasury obligations<br>$ 0 | |
| City, state, and ZIP code<br>West Chester Pennsylvania 19380 | | 7 Investment expenses<br>$ 0 | |
| Account number (see instructions)<br>1:12-cr-00579-TJM | 2nd TIN not. ☐ | 8 State | 9 State identification no. | 10 State tax withheld<br>$ | |

Form 1099-OID                                                                                       Department of the Treasury - Internal Revenue Service

---

☐ VOID  ☐ CORRECTED

| PAYER'S name, street address, city, state, ZIP code, and telephone no.<br>CLERK OF COURT LAWRENCE K. BAERMAN<br>c/o 445 Broadway  Room 509<br>Albany New York 12207 | 1 Original issue discount for 2012<br>$ 2,000,000<br>2 Other periodic interest<br>$ 0 | OMB No. 1545-0117<br>2012<br>Form 1099-OID | Original Issue Discount |
|---|---|---|---|
| PAYER'S federal identification number<br>16-6204565 | RECIPIENT'S identification number<br>46-6823539 | 3 Early withdrawal penalty<br>$ 0 | 4 Federal income tax withheld<br>$ 2,000,000 | Copy C |
| RECIPIENT'S name<br>Administrator Michael Norley, TTEE<br>for DIAMOND SETTLEMENT TRUST | | 5 Description<br>Discount on Payment Bond<br>No. 20131104-SF25A-2M-2 | For Payer<br>For Privacy Act and Paperwork Reduction Act Notice, see the 2012 General Instructions for Certain Information Returns. |
| Street address (including apt. no.)<br>c/o PO Box 1774   uSA | | 6 Original issue discount on U.S. Treasury obligations<br>$ 0 | |
| City, state, and ZIP code<br>West Chester Pennsylvania 19380 | | 7 Investment expenses<br>$ 0 | |
| Account number (see instructions)<br>1:12-cr-00579-TJM | 2nd TIN not. ☐ | 8 State | 9 State identification no. | 10 State tax withheld<br>$ | |

Form 1099-OID                                                                                       Department of the Treasury - Internal Revenue Service

---

☐ CORRECTED (if checked)

| LENDER'S name, street address, city, state, ZIP code, and telephone no.<br>Administrator Michael Norley, TTEE<br>DIAMOND SETTLEMENT TRUST<br>c/o PO Box 1774<br>West Chester Pennsylvania 19380<br>uSA | | OMB No. 1545-0877<br>2012<br>Form 1099-A | Acquisition or Abandonment of Secured Property |
|---|---|---|---|
| LENDER'S federal identification number<br>46-6823539 | BORROWER'S identification number<br>16-6204565 | 1 Date of lender's acquisition or knowledge of abandonment<br>20121219 | 2 Balance of principal outstanding<br>$ 2,000,000 | Copy B<br>For Borrower |
| BORROWER'S name<br>CLERK OF COURT LAWRENCE K. BAERMAN | | 3 | 4 Fair market value of property<br>$ 2,000,000 | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if taxable income results from this transaction and the IRS determines that it has not been reported. |
| Street address (including apt. no.)<br>c/o 445 Broadway  Room 509 | | 5 If checked, the borrower was personally liable for repayment of the debt ▶ ☒ | |
| City, state, and ZIP code<br>Albany New York 12207 | | 6 Description of property<br>Capital asset deposited, Payment Bond No. 20131104-SF25A-2M-3 | |
| Account number (see instructions)<br>1:12-cr-00579-TJM | | | |

Form 1099-A                       (keep for your records)                       Department of the Treasury - Internal Revenue Service

## Form 1099-C (2012) — Cancellation of Debt — Copy B For Debtor

| Field | Value |
|---|---|
| CREDITOR'S name, address | Administrator Michael Norley, TTEE, DIAMOND SETTLEMENT TRUST, c/o PO Box 1774, West Chester Pennsylvania 19380, USA |
| 1 Date of identifiable event | 20121219 |
| 2 Amount of debt discharged | $2,000,000 |
| 3 Interest if included in box 2 | $0 |
| OMB No. | 1545-1424 |
| CREDITOR'S federal identification number | 46-6823539 |
| DEBTOR'S identification number | 16-6204565 |
| 4 Debt description | Capital asset deposited, Performance Bond No. 20130910-SF25-2M |
| DEBTOR'S name | CLERK OF COURT LAWRENCE K. BAERMAN |
| Street address | c/o 445 Broadway Room 509 |
| City, state, ZIP | Albany New York 12207 |
| 5 If checked, the debtor was personally liable for repayment of the debt | ☒ |
| Account number | 1:12-cr-00579-TJM |
| 6 Identifiable event code | |
| 7 Fair market value of property | $2,000,000 |

(keep for your records) — Department of the Treasury - Internal Revenue Service

---

## Form 1099-C (2012) — Cancellation of Debt — Copy B For Debtor

| Field | Value |
|---|---|
| CREDITOR'S name, address | Administrator Michael Norley, TTEE, DIAMOND SETTLEMENT TRUST, c/o PO Box 1774, West Chester Pennsylvania 19380, USA |
| 1 Date of identifiable event | 20121219 |
| 2 Amount of debt discharged | $2,000,000 |
| 3 Interest if included in box 2 | $0 |
| OMB No. | 1545-1424 |
| CREDITOR'S federal identification number | 46-6823539 |
| DEBTOR'S identification number | 16-6204565 |
| 4 Debt description | Capital asset deposited, Payment Bond No. 20131104-SF25A-2M-1 |
| DEBTOR'S name | CLERK OF COURT LAWRENCE K. BAERMAN |
| Street address | c/o 445 Broadway Room 509 |
| City, state, ZIP | Albany New York 12207 |
| 5 If checked, the debtor was personally liable for repayment of the debt | ☒ |
| Account number | 1:12-cr-00579-TJM |
| 6 Identifiable event code | |
| 7 Fair market value of property | $2,000,000 |

(keep for your records) — Department of the Treasury - Internal Revenue Service

☐ CORRECTED (if checked)

| CREDITOR'S name, street address, city, state, ZIP code, and telephone no. | 1 Date of identifiable event<br>20121219 | OMB No. 1545-1424 | **Cancellation<br>of Debt** |
|---|---|---|---|
| Administrator Michael Norley, THE<br>DIAMOND SETTLEMENT TRUST<br>c/o PO Box 1774<br>West CHester Pennsylvania 19380<br>uSA | 2 Amount of debt discharged<br>$ 2,000,000 | **2012** | |
| | 3 Interest if included in box 2<br>$ 0 | Form **1099-C** | |
| CREDITOR'S federal identification number<br>46-6823539 | DEBTOR'S identification number<br>16-6204565 | 4 Debt description<br>Capital asset deposited,<br>Payment Bond No.<br>20131104-SF25A-2M-3 | **Copy B<br>For Debtor**<br>This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if taxable income results from this transaction and the IRS determines that it has not been reported. |
| DEBTOR'S name<br>CLERK OF COURT LAWRENCE K.<br>BAERMAN | | | |
| Street address (including apt. no.)<br>c/o 445 Broadway  Room 509 | 5 If checked, the debtor was personally liable for repayment of the debt  ▶ [X] | | |
| City, state, and ZIP code<br>Albany New York 12207 | | | |
| Account number (see instructions)<br>1:12-cr-00579-TJM | 6 Identifiable event code | 7 Fair market value of property<br>$ 2,000,000 | |

Form **1099-C**       (keep for your records)       Department of the Treasury - Internal Revenue Service

---

☐ CORRECTED (if checked)

| CREDITOR'S name, street address, city, state, ZIP code, and telephone no. | 1 Date of identifiable event<br>20121219 | OMB No. 1545-1424 | **Cancellation<br>of Debt** |
|---|---|---|---|
| Administrator Michael Norley, THE<br>DIAMOND SETTLEMENT TRUST<br>c/o PO Box 1774<br>West Chester Pennsylvania 19380<br>uSA | 2 Amount of debt discharged<br>$ 2,000,000 | **2012** | |
| | 3 Interest if included in box 2<br>$ 0 | Form **1099-C** | |
| CREDITOR'S federal identification number<br>46-6823539 | DEBTOR'S identification number<br>16-6204565 | 4 Debt description<br>Capital asset deposited,<br>Payment Bond No.<br>20131104-SF25A-2M-2 | **Copy B<br>For Debtor**<br>This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if taxable income results from this transaction and the IRS determines that it has not been reported. |
| DEBTOR'S name<br>CLERK OF COURT LAWRENCE K.<br>BAERMAN | | | |
| Street address (including apt. no.)<br>c/o 445 Broadway  Room 509 | 5 If checked, the debtor was personally liable for repayment of the debt  ▶ [X] | | |
| City, state, and ZIP code<br>Albany New York 12207 | | | |
| Account number (see instructions)<br>1:12-cr-00579-TJM | 6 Identifiable event code | 7 Fair market value of property<br>$ 2,000,000 | |

Form **1099-C**       (keep for your records)       Department of the Treasury - Internal Revenue Service

