U.S. DISTRICT COURT
N.D. OF N.Y.
FILED
FEB 03 2014

LAWRENCE K. BAERMAN, CLERK
ALBANY

**Form 1040X**
(Rev. December 2013)

Department of the Treasury—Internal Revenue Service
## Amended U.S. Individual Income Tax Return
▶ Information about Form 1040X and its separate instructions is at *www.irs.gov/form1040x.*

OMB No. 1545-0074

This return is for calendar year ☐ 2013 ☐ 2012 ☐ 2011 ☐ 2010

Other year. Enter one: calendar year **2007** or fiscal year (month and year ended):

| | |
|---|---|
| Your first name and initial | Last name |
| GLENN R | UNGER |
| Your social security number | |

| If a joint return, spouse's first name and initial | Last name |
|---|---|
| | |

Spouse's social security number

Home address (number and street). If you have a P.O. box, see instructions.
c/o PO Box 1774

Apt. no. | Your phone number

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions).
West Chester Pennsylvania 19380

| Foreign country name | Foreign province/state/county | Foreign postal code |
|---|---|---|
| | | |

**Amended return filing status. You must check one box even if you are not changing your filing status.**
*Caution. In general, you cannot change your filing status from joint to separate returns after the due date.*

☒ Single   ☐ Married filing jointly   ☐ Married filing separately
☐ Qualifying widow(er)   ☐ Head of household (if the qualifying person is a child but not your dependent, see instructions.)

Use Part III on the back to explain any changes.

INTERNAL REVENUE SERVICE
PHILADELPHIA PA 19106

RECEIVED
17204
JAN 29 2014
TAXPAYER ASSISTANCE
INTERNAL REVENUE SERVICE
PHILADELPHIA PA 19106

| | | A. Original amount or as previously adjusted (see instructions) | B. Net change—amount of increase or (decrease)—explain in Part III | C. Correct amount |
|---|---|---|---|---|
| **Income and Deductions** | | | | |
| 1 | Adjusted gross income. If net operating loss (NOL) carryback is included, check here ▶ ☐ | **1** | 35,266,997.92 | 35,266,997.92 | 0 |
| 2 | Itemized deductions or standard deduction | **2** | | | |
| 3 | Subtract line 2 from line 1 | **3** | | | |
| 4 | Exemptions. If changing, complete Part I on page 2 and enter the amount from line 28 | **4** | | | |
| 5 | Taxable income. Subtract line 4 from line 3 | **5** | 35,266,997.92 | 35,266,997.92 | 0 |
| **Tax Liability** | | | | |
| 6 | Tax. Enter method used to figure tax (see instructions): | **6** | | | |
| 7 | Credits. If general business credit carryback is included, check here ▶ ☐ | **7** | | | |
| 8 | Subtract line 7 from line 6. If the result is zero or less, enter -0- | **8** | | | |
| 9 | Other taxes | **9** | | | |
| 10 | Total tax. Add lines 8 and 9 | **10** | 0 | 0 | 0 |
| **Payments** | | | | |
| 11 | Federal income tax withheld and excess social security and tier 1 RRTA tax withheld (if changing, see instructions) | **11** | | | |
| 12 | Estimated tax payments, including amount applied from prior year's return | **12** | | | |
| 13 | Earned income credit (EIC) | **13** | | | |
| 14 | Refundable credits from Schedule(s) ☐ 8812 or ☐ M or Form(s) ☐ 2439 ☐ 4136 ☐ 5405 ☐ 8801 ☐ 8812 (2010 or 2011) ☐ 8839 ☐ 8863 ☐ 8885 or ☐ other (specify): | **14** | | | |
| 15 | Total amount paid with request for extension of time to file, tax paid with original return, and additional tax paid after return was filed | **15** | | | 0 |
| 16 | Total payments. Add lines 11 through 15 | **16** | | | 0 |
| **Refund or Amount You Owe** (Note. Allow 8–12 weeks to process Form 1040X.) | | | | |
| 17 | Overpayment, if any, as shown on original return or as previously adjusted by the IRS | **17** | | | 0 |
| 18 | Subtract line 17 from line 16 (If less than zero, see instructions) | **18** | | | 0 |
| 19 | **Amount you owe.** If line 10, column C, is more than line 18, enter the difference | **19** | | | 0 |
| 20 | If line 10, column C, is less than line 18, enter the difference. This is the amount **overpaid** on this return | **20** | | | 0 |
| 21 | Amount of line 20 you want **refunded to you** | **21** | | | 0 |
| 22 | Amount of line 20 you want **applied to your** (enter year): estimated tax ▶ **22** | | | | |

Complete and sign this form on Page 2.

For Paperwork Reduction Act Notice, see instructions.     Cat. No. 11360L     Form **1040X** (Rev. 12-2013)

Form 1040X (Rev. 12-2013)

Page **2**

| Part I | Exemptions |
|---|---|

Complete this part **only** if you are increasing or decreasing the number of exemptions (personal and dependents) claimed on line 6d of the return you are amending.

See *Form 1040* or *Form 1040A instructions* and *Form 1040X instructions*.

| | | | A. Original number of exemptions or amount reported or as previously adjusted | B. Net change | C. Correct number or amount |
|---|---|---|---|---|---|
| 23 | Yourself and spouse. *Caution. If someone can claim you as a dependent, you cannot claim an exemption for yourself* . . . . . | 23 | | | |
| 24 | Your dependent children who lived with you . . . . . . | 24 | | | |
| 25 | Your dependent children who did not live with you due to divorce or separation | 25 | | | |
| 26 | Other dependents . . . . . . . . . . . . . . | 26 | | | |
| 27 | Total number of exemptions. Add lines 23 through 26 . . . . . . | 27 | | | |
| 28 | Multiply the number of exemptions claimed on line 27 by the exemption amount shown in the instructions for line 28 for the year you are amending. Enter the result here and on line 4 on page 1 of this form. . | 28 | | | |

29  List **ALL** dependents (children and others) claimed on this amended return. If more than 4 dependents, see instructions.

| (a) First name        Last name | (b) Dependent's social security number | (c) Dependent's relationship to you | (d) Check box if qualifying child for child tax credit (see instructions) |
|---|---|---|---|
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |

| Part II | Presidential Election Campaign Fund |
|---|---|

Checking below will not increase your tax or reduce your refund.

☐ Check here if you did not previously want $3 to go to the fund, but now do.
☐ Check here if this is a joint return and your spouse did not previously want $3 to go to the fund, but now does.

| Part III | Explanation of changes. In the space provided below, tell us why you are filing Form 1040X. |
|---|---|

▶ Attach any supporting documents and new or changed forms and schedules.

This is a correction of two forms 1040 filed for calendar year 2007, in the respective amounts of: $35,000150.00 and $266,847.92.

**Sign Here**
Remember to keep a copy of this form for your records.

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information about which the preparer has any knowledge.

▶ By: *[signature]*                20140108   ▶
Your signature   authorized repres.        Date        Spouse's signature. If a joint return, **both** must sign.        Date

**Paid Preparer Use Only**
▶

| Preparer's signature | | Date | Firm's name (or yours if self-employed) | |
|---|---|---|---|---|
| Print/type preparer's name | | | Firm's address and ZIP code | |
| PTIN | ☐ Check if self-employed | | Phone number | EIN |

For forms and publications, visit IRS.gov.

Form **1040X** (Rev. 12-2013)

Do Not Staple    6969

| Form **1096** | **Annual Summary and Transmittal of U.S. Information Returns** | OMB No. 1545-0108 |
| --- | --- | --- |
| Department of the Treasury<br>Internal Revenue Service | | 20**07** |

FILER'S name

GLENN R UNGER

Street address (including room or suite number)
c/o PO Box 1774

City, state, and ZIP code
West Chester Pennsylvania 19380

| Name of person to contact<br>GLENN R UNGER | Telephone number<br>( ) | **For Official Use Only** |
| --- | --- | --- |
| Email address | Fax number<br>( ) | |

| 1 Employer identification number | 2 Social security number | 3 Total number of forms    1 | 4 Federal income tax withheld $ 0 | 5 Total amount reported with this Form 1096 $ 0 |
| --- | --- | --- | --- | --- |

Enter an "X" in only one box below to indicate the type of form being filed.    If this is your **final return**, enter an "X" here    ▶ ☐

| W-2G<br>32 | 1098<br>81 | 1098-C<br>78 | 1098-E<br>84 | 1098-T<br>83 | 1099-A<br>80 | 1099-B<br>79 | 1099-C<br>85 | 1099-CAP<br>73 | 1099-DIV<br>91 | 1099-G<br>86 | 1099-H<br>71 | 1099-INT<br>92 | 1099-LTC<br>93 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| 1099-MISC<br>95 | 1099-OID<br>96 | 1099-PATR<br>97 | 1099-Q<br>31 | 1099-R<br>98 | 1099-S<br>75 | 1099-SA<br>94 | 5498<br>28 | 5498-ESA<br>72 | 5498-SA<br>27 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Return this entire page to the Internal Revenue Service. Photocopies are not acceptable.**

Under penalties of perjury, I declare that I have examined this return and accompanying documents, and, to the best of my knowledge and belief, they are true, correct, and complete.

Signature ▶ By: _Glenn R Unger_    Title ▶ authorized representative    Date ▶ 01/08/2014

## Instructions

**Purpose of form.** Use this form to transmit paper Forms 1099, 1098, 5498, and W-2G to the Internal Revenue Service. Do not use Form 1096 to transmit electronically or magnetically. For magnetic media, see Form 4804, Transmittal of Information Returns Reported Magnetically; for electronic submissions, see Pub. 1220, Specifications for Filing Forms 1098, 1099, 5498, and W-2G Electronically or Magnetically.

**Who must file.** The name, address, and TIN of the filer on this form must be the same as those you enter in the upper left area of Forms 1099, 1098, 5498, or W-2G. A filer includes a payer; a recipient of mortgage interest payments (including points) or student loan interest; an educational institution; a broker; a barter exchange; a creditor; a person reporting real estate transactions; a trustee or issuer of any individual retirement arrangement (including a Medicare Advantage MSA); certain corporations; certain donees of motor vehicles, boats, and airplanes; and a lender who acquires an interest in secured property or who has reason to know that the property has been abandoned.

**Preaddressed Form 1096.** If you received a preaddressed Form 1096 from the IRS with Package 1099, use it to transmit paper Forms 1099, 1098, 5498, and W-2G to the Internal Revenue Service. If any of the preprinted information is incorrect, make corrections on the form.

If you are not using a preaddressed form, enter the filer's name, address (including room, suite, or other unit number), and TIN in the spaces provided on the form.

**When to file.** File Form 1096 as follows.
● With Forms 1099, 1098, or W-2G, file by February 28, 2008.
● With Forms 5498, 5498-ESA, or 5498-SA, file by June 2, 2008.

**Where To File**

Except for Form 1098-C, send all information returns filed on paper with Form 1096 to the following:

| If your principal business, office or agency, or legal residence in the case of an individual, is located in | Use the following Internal Revenue Service Center address |
| --- | --- |
| Alabama, Arizona, Arkansas, Connecticut, Delaware, Florida, Georgia, Kentucky, Louisiana, Maine, Massachusetts, Mississippi, New Hampshire, New Jersey, New Mexico, New York, North Carolina, Ohio, Pennsylvania, Rhode Island, Texas, Vermont, Virginia, West Virginia | Austin, TX 73301 |
| Alaska, California, Colorado, District of Columbia, Hawaii, Idaho, Illinois, Indiana, Iowa, Kansas, Maryland, Michigan, Minnesota, Missouri, Montana, Nebraska, Nevada, North Dakota, Oklahoma, Oregon, South Carolina, South Dakota, Tennessee, Utah, Washington, Wisconsin, Wyoming | Kansas City, MO 64999 |

**For more information and the Privacy Act and Paperwork Reduction Act Notice, see the 2007 General Instructions for Forms 1099, 1098, 5498, and W-2G.**    Cat. No. 14400O    Form **1096** (2007)

9696   ☐ VOID   ☒ CORRECTED

| PAYER'S name, street address, city, state, ZIP code, and telephone no. | **1** Original issue discount for 2007 | OMB No. 1545-0117 | **Original Issue Discount** |
|---|---|---|---|
| GLENN R UNGER<br>c/o 629 Plank Road<br>Clifton Park New York 12065 | $ 0 | **2007** | |
| | **2** Other periodic interest<br><br>$ 0 | Form **1099-OID** | |

| PAYER'S federal identification number | RECIPIENT'S identification number<br>13-4099534 | **3** Early withdrawal penalty<br>$ 0 | **4** Federal income tax withheld<br>$   0 | **Copy A** |
|---|---|---|---|---|
| RECIPIENT'S name<br><br>TIME WARNER INC. | | **5** Description<br>Judgment New York Supreme<br>Court Document 10113106 | | **For<br>Internal Revenue<br>Service Center<br>File with Form 1096.** |
| Street address (including apt. no.)<br>ONE TIME WARNER CENTER | | **6** Original issue discount on U.S. Treasury obligations<br>$ 0 | | For Privacy Act<br>and Paperwork<br>Reduction Act |
| City, state, and ZIP code<br>NEW YORK   NY   10019 | | **7** Investment expenses<br>$ 0 | | Notice, see the<br>**2007 General<br>Instructions for** |
| Account number (see instructions)<br>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 | 2nd TIN not.<br>☐ | | | **Forms 1099, 1098,<br>5498, and W-2G.** |

Form **1099-OID**                    Cat. No. 14421R                    Department of the Treasury - Internal Revenue Service

**Do Not Cut or Separate Forms on This Page   —   Do Not Cut or Separate Forms on This Page**





U.S. POSTAGE
PAID
MEDIA, PA
19063
JAN 31, 14
AMOUNT
**$7.19**
00075874-58

12207

UNITED STATES
POSTAL SERVICE

1000

7007 0220 0002 2566 6238

**DIAMOND SETTLEMENT TRUST**
c/o Administrator Michael Norley, Trustee
P.O. Box 1774 West Chester, Pennsylvania 19380

Lawrence K. Baerman
Clerk of Court
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
445 Broadway
Albany, New York 12207



U.S. DISTRICT COURT
N.D. OF N.Y.
**RECEIVED**
FEB 0 3 2014
LAWRENCE K. BAERMAN, CLERK
ALBANY

RETURN RECEIPT
REQUESTED