

**United States Department of Justice**

*United States Attorney*
*Northern District of New York*

---

*100 South Clinton Street, P.O. Box 7198*       *Tel.: (315) 448-0672*
*James M. Hanley Federal Building*              *Fax: (315) 448-0658*
*Syracuse, New York 13261-7198*

February 12, 2014

**VIA ECF**

Hon. Thomas J. McAvoy
Senior United States District Judge
Federal Building & U.S. Courthouse
15 Henry Street
Binghamton, NY 13901

Re:   *United States v. Glenn Unger*
      Criminal Action No.: 12-CR-579 (TJM)

Dear Judge McAvoy:

   The defendant in the above captioned case is scheduled to be sentenced on March 10, 2014, and the parties sentencing memos are due on February 18, 2014. Based upon the fact that the PSI has not yet been completed by the Probation Department, both the government and defense counsel request at least a 60 day adjournment of the sentencing in this matter.

                                            Respectfully submitted,

                                            RICHARD S. HARTUNIAN
                                            United States Attorney

                              By:           _____
                                            Ransom P. Reynolds
                                            Assistant United States Attorney
                                            Bar Roll No. 512035