```
MIME-Version:1.0
From:ecf.notification@nynd.uscourts.gov
To:NYND_ECFQC@nynd.uscourts.gov
Bcc:
--Case Participants: George E. Baird, Jr (george_baird@fd.org,
lillian_spagnola@fd.org), Jeffrey B. Bender (jeffrey.b.bender@usdoj.gov,
northern.taxcriminal@usdoj.gov), Ransom P. Reynolds, III
(ransom.p.reynolds@usdoj.gov, rose.tivnan@usdoj.gov), Senior Judge Thomas J. McAvoy
(nynd_tjm_ecf_notices@nynd.uscourts.gov)
--Non Case Participants: U.S. Probation (duty-nynp-binghamton@nynp.uscourts.gov)
--No Notice Sent:

Message-Id:<2965967@nynd.uscourts.gov>
Subject:Activity in Case 1:12-cr-00579-TJM USA v. Unger Order
```
Content-Type: text/html

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

### Northern District of New York - Main Office (Syracuse) [LIVE - Version 6.1]

**Notice of Electronic Filing**

The following transaction was entered on 1/31/2014 at 12:12 PM EST and filed on 1/31/2014
**Case Name:**         USA v. Unger
**Case Number:**       1:12-cr-00579-TJM
**Filer:**
**Document Number:** 75(No document attached)

Docket Text:
**TEXT ORDER: Documents [74] from the Diamond Settlement Trust indicating they are related to 1:12-cr-579 are STRICKEN. The documents do not pertain to 1:12-cr-579 nor were they filed by a party to this action. The Clerk's Office is directed to send copies of Documents [70] and [74] to Richard Hartunian, United States Attorney for the Northern District of New York, for review. Copies of these documents, and the transmittal to Richard Hartunian, United States Attorney for the Northern District of New York, shall also be sent to Lawrence K. Baerman, Clerk of the Court. Authorized on 1/31/2014 by Senior Judge Thomas J. McAvoy. [Clerk traditionally served this text order via regular mail upon non-party Diamond Settlement Trust c/o Administrator Michael Norley, Trustee and to defendant at Rensselaer County Jail.] (dpk, )**

1:12-cr-00579-TJM-1 Notice has been electronically mailed to:

George E. Baird , Jr    George_Baird@fd.org, Lillian_Spagnola@fd.org

Jeffrey B. Bender    jeffrey.b.bender@usdoj.gov, Northern.Taxcriminal@usdoj.gov

Ransom P. Reynolds , III    ransom.p.reynolds@usdoj.gov, rose.tivnan@usdoj.gov

**1:12-cr-00579-TJM-1 Notice has been delivered by other means to:**

Glenn R. Unger
20191-052
Rensselaer County Jail
400 Main St.
Troy, NY 12180-5972

