**IROM, WITTELS, FREUND, BERNE AND SERRA, P. C.**
ATTORNEYS AT LAW
349 EAST 149TH STREET
BRONX, NEW YORK 10451

JOSEPH M. IROM
MILTON WITTELS
ANDREA L. FREUND
RICHARD W. BERNE
WESLEY M. SERRA

TELEPHONE (718) 665-0220

FACSIMILE (718) 665-8004

E-MAIL Lawoffice@iromlaw.com

U.S. DISTRICT COURT
N.D. OF N.Y.
RECEIVED
OCT 2 4 2014
LAWRENCE K. BAERMAN, CLERK
ALBANY

October 21, 2014

Clerk, United States District Court
Northern District of New York
445 Broadway
Albany, NY 12207

Attn:   Linda Hennessy

Re:    United States v. Unger
       Docket 12-cr-579 (TJM)

Dear Ms. Hennessy:

As we discussed on the telephone, I write to request a copy of the video of certain proceedings in the above matter, which took place on October 16, 2013. By Judge McAvoy's order of October 21, 2013 (document #54 in the docket), the video "shall be appended to the record". Enclosed please find our check in the amount of $30.00, which you informed me is the fee for the reproduction.

Please be advised that, while I am a lawyer, I am not making this request for use in any particular legal proceeding. In this matter, I am simply a citizen, requesting what I believe to be a public record.

Many thanks for your assistance.

Very truly yours,

Wesley M. Serra